UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14316-CIV-CANNON

**RUDOLPH BETANCOURT**,

    Plaintiff,

v.

**DISCOUNT AUTO PARTS, LLC**,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the Joint Notice of Settlement in Principle as to Defendant, Discount Auto Parts, LLC [ECF No. 16], filed on October 19, 2022, in which the parties advise that they have settled this matter. The Court has carefully reviewed the file and is fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal on or before **November 21, 2022**.

2. The Clerk is directed to **TERMINATE** Defendant Discount Auto Parts, Inc. only in light of Plaintiff's Notice of Voluntary Dismissal without Prejudice [ECF No. 15].

3. If the parties fail to complete the expected settlement, any party may request the Court to reopen the case.

4. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

CASE NO. 22-14316-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 20th day of October 2022.

                                                                                                                _____
                                                                                                                 **AILEEN M. CANNON**
                                                                                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record